IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 1:14-cv-00789-AP

LYLE N. ROSE,

       Plaintiff,

  v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

       Defendant,

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

**For Plaintiff:**
**BRANDON M. SELINSKY**
**770 The City Drive South**
**Suite 2000**
**Orange, CA 92868**
**(714)564-8644**
**bselinsky@gmail.com**

**For Defendant:**

**JOHN F. WALSH**
**United States Attorney**

**J. BENEDICT GARCÍA**
**Assistant United States Attorney**
**United States Attorney's Office**
**District of Colorado**

**THOMAS H. KRAUS**
**Special Assistant United States Attorney**
**Social Security Administration, Region VIII**
**Office of the General Counsel**
**1961 Stout St., Ste. 4169**
**Denver, CO 80294-4003**
**(303) 844-0017**
**tom.kraus@ssa.gov**

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

3. **DATES OF FILING OF RELEVANT PLEADINGS**

    **A. Date Complaint Was Filed:** 3/17/2014

    **B. Date Complaint Was Served on U.S. Attorney's Office:** 4/3/2014

    **C. Date Answer and Administrative Record Were Filed:** 5/29/2014

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties, to the best of their knowledge, state that the administrative record is complete and accurate.

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

None anticipated.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

This case does not involve unusually complicated claims.

**7. OTHER MATTERS**

None.

**8. BRIEFING SCHEDULE**

    **A. Plaintiff's Opening Brief Due: July 18, 2014**

    **B. Defendant's Responsive Brief Due: Aug. 20, 2014**

    **C. Plaintiff's Reply Brief (If Any) Due: September 4, 2014**

**9. STATEMENTS REGARDING ORAL ARGUMENT**

    **A. Plaintiff's Statement:**  Oral argument is not requested.

    **B. Defendant's Statement:**  Oral argument is not requested.

**10.     CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

   **A. ( ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

   **B. (x) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11.     OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12.     AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

DATED this 11th day of <u>July</u>, 2014.

                                BY THE COURT:

                                *s/John L. Kane*
                                **U.S. DISTRICT COURT JUDGE**

APPROVED:

| | |
|---|---|
| <u>s/ Brandon M. Selinsky</u><br><br>Brandon M. Selinsky<br><br>Law Offices of Binder & Binder<br><br>770 The City Drive South, Suite 2000<br><br>Orange, CA 92868-3504<br><br>Phone (714) 564-8644<br><br>Fax (714) 940-0311<br><br>bselinsky@gmail.com<br><br>Attorney for Plaintiff | JOHN F. WALSH<br>United States Attorney<br><br>J. BENEDICT GARCÍA<br>Assistant United States Attorney<br>United States Attorney's Office<br>District of Colorado<br><u>s/ Thomas H. Kraus</u><br>THOMAS H. KRAUS<br>Special Assistant United States Attorney<br>Social Security Administration, Region VIII<br>Office of the General Counsel<br>1961 Stout St., Ste. 4169<br>Denver, CO 80294-4003<br>(303) 844-0017<br>tom.kraus@ssa.gov<br><br>Attorneys for Defendant |